IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORBERTO ARREDONDO, | No. CV-F-06-056 REC |
| | (No. CR-F-97-5167 OWW) |
| Petitioner, | ORDER DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The court hereby declines to issue a Certificate of Appealability in connection with petitioner's appeal of the Order Dismissing Second Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255.

Petitioner has filed a second or successive Section 2255 motion without first receiving authorization from the Ninth Circuit. Petitioner's claim for relief is based on <u>United States v. Booker</u>. Therefore, petitioner has not shown that jurists of reason would find it debatable whether this court was correct in its procedural ruling and that jurists of reason would find it

1

debatable that the petition does not state a valid claim of the denial of a constitutional right. <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000); <u>Rosas v. Nielsen</u>, 428 F.3d 1229, 1232 (9th Cir. 2005).

IT IS SO ORDERED.

**Dated: March 22, 2006**          /s/ Robert E. Coyle
668554                              UNITED STATES DISTRICT JUDGE